Marshall C. Wallace (SBN 127103)
Kiana K. Moradi (SBN 221160)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendants
GMAC Mortgage Corporation and GMAC
Insurance Company Online, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN HAY,<br><br>    Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE CORPORATION, a Corporation, GMAC INSURANCE COMPANY ONLINE, INC., a Corporation, and DOES 1 THROUGH 30, Inclusive,<br><br>    Defendants. | No.: C 04 3443 EDL<br><br>[PROPOSED] ORDER ENTERING DISMISSAL WITH PREJUDICE OF GMAC MORTGAGE CORPORATION AND GMAC INSURANCE COMPANY ONLINE, INC.<br><br>Compl. Filed:   July 6, 2004<br>Trial Date:     January 10, 2006 |

Whereas, on May 6, 2005, the parties filed a stipulation, which provided that:

Plaintiff ETHAN HAY and Defendant GMAC MORTGAGE CORPORATION and GMAC INSURANCE COMPANY ONLINE, INC. hereby stipulate to the dismissal of the above action in its entirety, with prejudice, including the dismissal with prejudice of GMAC INSURANCE COMPANY ONLINE, INC., a party which was previously dismissed without prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: May 17, 2005

_____
U.S. District Magistrate Judge
ELIZABETH D. LAPORTE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Hay v. GMAC Mortgage Corp., et al.
C04-3443 EDL
Dismissal with Prejudice

– 2 –

[Proposed] Order

DOCSSFO-12404480.1-KMORADI

REED SMITH LLP
A limited liability partnership formed in the State of Delaware